On. *Vittorio Cecchi Gori*                                      08-14623 (AJG)

FedEx

**Honorable Judge
Arthur Gonzalez
One Bowling Green
New York, NY 10004 – 1408**

copy to   Egr. Avv. David Mc Grail

Rome, 11th March 2010

Your Honour,

I am contacting you in person as defender of my rights, which have been repeatedly violated by persons taking advantage of an extremely confused situation.

The proceedings pending before your Court today find that financial restructuring of CPW has been completed with assets exceeding 10,000,000 Dollars and I am aware that such amount shall be rogato in favour of a number of persons who illegitimately stated that they have received powers in this matter.

It is a well know fact that a number of my companies in Italy are currently controlled by juridical authorities to examine whether any irregularities have been committed: such proceedings are still pending and I have therefore not received sentencing.

This presupposition (lack of condemnation and penalties), is the main reason highlighting the fact that Davide Franco, Alessandro Saracino and anyone else claiming to have received authorization from the Rome Law Courts is committing perjury.

In fact, there are currently no legal proceedings (international proceedings) authorizing these persons to operate outside Italian territory by order of Rome Law Courts, nor have they been personally authorized by me.

This alarming situation forces me to report that these people have no powers and to therefore request you to authorize payment to no other person than myself (or person explicitly authorized by me), as I am the sole legitimate holder of the rights of CPW, Robert Lane, CG Pictures, CG USA and Jonquillee Promint Holding.

Best regards.                                               Vittorio Cecchi Gori

RECEIVED
MAR 15 2010